**UNITED STATES of America v. Lowina BROWN et al.**

No. 2040.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1940.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellant.

Pryor, Sandlin & Wilson, of Holdenville, Okl., Busby, Harrell & Trice, of Ada, Okl., and Forrest M. Darrough, of Tulsa, Okl., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed, in conformity with opinion in United States of America v. Amon Fixico et al., and United States of America v. Betsy Lucas et al., 115 F.2d 389.

**UNITED STATES of America v. Murtle GIPSON, Now Carpenter, Frank Carpenter, Continental Oil Company, and Carter Oil Company.**

No. 2037.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1940.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellant.

Pryor, Sandlin & Wilson, of Holdenville, Okl., Busby, Harrell & Trice, of Ada, Okl., and Forrest M. Darrough, of Tulsa, Okl., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed in conformity with opinion in United States of America v. Amon Fixico et al., and United States of America v. Betsy Lucas et al., 115 F.2d 389.

**UNITED STATES of America v. Ethel JOHNSON, nee Gipson, and Carter Oil Company.**

No. 2036.

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1940.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellant.

Pryor, Sandlin & Wilson, of Holdenville, Okl., Busby, Harrell & Trice, of Ada, Okl., and Forrest M. Darrough, of Tulsa, Okl., for appellees.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed in conformity with opinion in United States of America v. Amon Fixico et al., and United States of America v. Betsy Lucas et al., 115 F.2d 389.